# KEMP *v.* HULTS, COMMISSIONER OF BUREAU OF MOTOR VEHICLES.

No. 125. Decided October 17, 1966.

*Emanuel Redfield* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Michael H. Rauch,* Deputy Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.